# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN KANE, | : | |
|     Plaintiff | : | No. 3:13-cv-02469 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| CAROLYN W. COLVIN, | : | (Magistrate Judge Cohn) |
| Acting Commissioner of | : | |
| Social Security, | : | |
|     Defendant | : | |
| | : | |

## ORDER

**AND NOW,** on this 31st day of March, 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Cohn's Report and Recommendation (Doc. No. 21) is **ADOPTED**;

2. Plaintiff's objections (Doc. Nos. 22, 23) are **OVERRULED**;

3. The decision of the Commissioner is **AFFIRMED**; and

4. The Clerk of Court is directed to close the case.

S/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania